# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| REV. DR. SANDRA M. THOMAS, | : No. 536 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| THE PRESBYTERIAN CHURCH OF | : |
| CHESTNUT HILL, THE PRESBYTERY | : |
| OF PHILADELPHIA, INC., THE | : |
| PRESBYTERIAN SYNOD OF THE | : |
| TRINITY, INC., AND THE | : |
| PRESBYTERIAN CHURCH (USA), INC., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 17th day of December, 2014, the Emergency Motion to Seal the Record in this matter is hereby Granted and the Petition for Allowance of Appeal is **DENIED**.